*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Erskine R Hicks
    Debtor(s)

Case No: 14−19926−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

  **RESCHEDULED*
Motion for Relief from Stay . Motion for Relief from Co−Debtor Stay RE: 2009 Dodge Avenger Filed by Santander Consumer USA Inc. Represented by WILLIAM EDWARD CRAIG

on: 2/2/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/10/17

Timothy B. McGrath
Clerk of Court

51 − 48
Form 167