IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ERSKINE R. HICKS ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| **Moving Party** ) | Case No.: 14-19926 (MDC) |
| ) | |
| v. ) | **Hearing Date: 2-2-17 at 11:00 AM** |
| ) | |
| ERSKINE R. HICKS ) | 11 U.S.C. 362 |
| BRIANNA A. HICKS ) | |
| **Respondents** ) | 11 U.S.C. 1301 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the MOTION FOR STAY RELIEF AND CO-DEBTOR STAY RELIEF, and filed on or about December 22, 2016 in the above matter is APPROVED.

Dated: March 9, 2017

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE