United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 14-19926-mdc
Erskine R Hicks                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1              Date Rcvd: Mar 09, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2017.
db              +Erskine R Hicks,   235 N. Wycombe Avenue,   Lansdowne, PA 19050-1722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Erskine R Hicks brad@sadeklaw.com
              LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc., d/b/a GM
               Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ERSKINE R. HICKS )<br>   **Debtor** )<br>  ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. )<br>   **Moving Party** )<br>  ) | Case No.: 14-19926 (MDC) |
| v. )<br>  ) | **Hearing Date: 2-2-17 at 11:00 AM** |
| ERSKINE R. HICKS )<br>  BRIANNA A. HICKS )<br>   **Respondents** )<br>  ) | 11 U.S.C. 362<br><br>11 U.S.C. 1301 |
| WILLIAM C. MILLER )<br>   **Trustee** )<br>  )<br>  ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the MOTION FOR STAY RELIEF AND CO-DEBTOR STAY RELIEF, and filed on or about December 22, 2016 in the above matter is APPROVED.

Dated: March 9, 2017

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE