United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Erskine R Hicks  
     Debtor

Case No. 14-19926-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Sep 08, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db        +Erskine R Hicks,   235 N. Wycombe Avenue,   Lansdowne, PA 19050-1722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:

      ANDREW F GORNALL    on behalf of Creditor   US BANK NATIONAL ASSOCIATION, Et Al...  
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      BRAD J. SADEK    on behalf of Debtor Erskine R Hicks brad@sadeklaw.com  
      LEON P. HALLER    on behalf of Creditor   US BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,  
       dmaurer@pkh.com;mgutshall@pkh.com  
      THOMAS I. PULEO    on behalf of Creditor   US BANK NATIONAL ASSOCIATION, Et Al...  
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc.  
       ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
      WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
          TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: ERSKINE R. HICKS | ) | |
| **Debtors** | ) | |
| | ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. | ) | |
| **Moving Party** | ) | Case No.: 14-19926 (MDC) |
| | ) | |
| v. | ) | |
| | ) | |
| ERSKINE R. HICKS | ) | 11 U.S.C. 362 |
| BRIANNA A. HICKS | ) | |
| **Respondents** | ) | 11 U.S.C. 1301 |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |
| | ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2009 Dodge Avenger** bearing vehicle identification number 1B3LC46BX9N518686 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: September 8, 2017

_____
UNITED STATES BANKRUPTCY JUDGE