United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Erskine R Hicks
     Debtor

Case No. 14-19926-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 2      Date Rcvd: Jul 25, 2019
                  Form ID: pdf900      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
```
db         +Erskine R Hicks,    235 N. Wycombe Avenue,    Lansdowne, PA 19050-1722
cr         +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
13443217   +Brianna Hicks,    235 N. Wycombe Avenue,    Lansdowne, PA 19050-1722
13443219   +Eos Cca,    P.O. Box 981008,    Boston, MA 02298-1008
13443224   +Remex Inc,    307 Wall St.,    Princeton, NJ 08540-1515
13443225   +Santander Consumer USA,    P.O. Box 961245,    Ft Worth, TX 76161-0244
13464836   +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
13468526   +U S Dept of Housing and Urban Dev.,    451 7th Street, S W,    Washington, D C 20410-0002
13507582   +US BANK NATIONAL ASSOCIATION, (TRUSTEE FOR PENNSYL,    PHFA Loan Servicing Division,
             211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Jul 26 2019 03:22:46    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2019 03:22:21
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2019 03:22:42    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 26 2019 03:22:11
             AmeriCredit Financial Services, Inc., d/b/a GM Fin,    P.O. Box 99605,
             Arlington, TX  76096-9605
13449324    E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 26 2019 03:22:11
             Americredit Financial Services. Inc.,    PO Box 183853,    Arlington TX 76096
14330537    E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 26 2019 03:22:11
             AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
             Arlington, TX 76096
13470475    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2019 03:23:37
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK  73126-8941
13452024   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 26 2019 03:22:11
             Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
             Arlington, TX 76096-3853
13443634   +E-mail/Text: bankruptcy@cavps.com Jul 26 2019 03:22:41    Cavalry Investments, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13443617   +E-mail/Text: bankruptcy@cavps.com Jul 26 2019 03:22:41    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13443218   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 26 2019 03:22:56    Credit Collections,
             P.O. Box 9134,    Needham, MA 02494-9134
13443220   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 26 2019 03:22:11    GM Financial,
             P.O. Box 181145,    Arlington, TX 76096-1145
13481818    E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 26 2019 03:22:39    Jefferson Capital Systems LLC,
             Po Box 7999,    Saint Cloud Mn 56302-9617
13443221   +E-mail/Text: bankruptcydpt@mcmcg.com Jul 26 2019 03:22:34    Midland Funding,    8875 Aero Dr,
             Ste 200,    San Diego, CA 92123-2255
13443222   +E-mail/Text: blegal@phfa.org Jul 26 2019 03:22:35    PA Housing Finance Agency,
             211 N Front St,    Harrisburg, PA 17101-1406
13443223    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 03:35:26
             Portfolio Recovery Associates,    120 Corporate Blvd,    Ste 1,    Norfolk, VA 23502
                                                                                  TOTAL: 16
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr          Americredit Financial Services Inc. dba GM Financ.
                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019               Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Jul 25, 2019
                             Form ID: pdf900          Total Noticed: 25

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
       agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
        BRAD J. SADEK    on behalf of Debtor Erskine R Hicks brad@sadeklaw.com,  bradsadek@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
       bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
        THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
       tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
       ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc., d/b/a GM
       Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
ERSKINE R HICKS

                    Debtor        Bankruptcy No. 14-19926-MDC

# <u>O R D E R</u>

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

July 25, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
ERSKINE R HICKS

235 N. WYCOMBE AVENUE

LANSDOWNE, PA 19050